1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11   LONNIE DEFORE DELANEY,                    )   Case No.: 1:15-cv-01634-JLT
                                                )   Case No.: 1:15-cv-01289-LJO-BAM
12                   Petitioner,                )
                                                )   ORDER DIRECTING CLERK OF THE COURT
13           v.                                 )   TO FILE THE PETITION IN CASE NO.: 1:15-cv-
                                                )   01634-JLT AS AN AMENDED PETITION IN
14   ELVIN VALENZUELA, Warden,                  )   CASE NO.: 1:15-cv-01289-LJO-BAM
                                                )
15                   Respondent.                )
                                                )
16   _____        )

17           Petitioner filed his habeas petition in case no. 1:15-cv-01289-LJO-BAM on August 4, 2015 in

18   the U.S. District Court for the Central District of California.  The case was transferred to this Court on

19   August 19, 2015.  (Doc. 3).  Upon initial screening, the Court discovered that Petitioner had failed to

20   sign the petition under penalty of perjury.  Accordingly, on September 15, 2015, the Court ordered

21   Petitioner to file a signed amended petition within thirty days.  (Doc. 12).

22           On October 14, 2015, Petitioner filed what was clearly intended to be a signed amended

23   petition complying with the Court's September 15, 2015 order; however, Petitioner filed the amended

24   petition once again in the Central District of California, which, on October 26, 2015, transferred the

25   case to this Court.  Thereupon, the Clerk of the Court assigned a new case number, i.e., case no. 1:15-

26   cv-01634-JLT.

27           Since it is apparent that Petitioner was attempting to comply with the Court's September 15,

28   2015 order by submitting a signed amended petition, and there is nothing before the Court to suggest

that Petitioner intended to commence a separate habeas proceeding in the case no. 1:15-cv-01634-JLT, the Court will direct the Clerk of the Court to file the petition in case no. 1:15-cv-01634-JLT as the amended petition in case no. 1:15-cv-1289-LJO-BAM.  When that has been accomplished, the Court will close case no. 1:15-cv-01634-JLT as duplicative.

**ORDER**

Accordingly, the Clerk of the Court is DIRECTED to file the original petition in case no. 1:15-cv-01634-JLT as an amended petition in case no. 1:15-cv-01289-LJO-BAM.


IT IS SO ORDERED.

Dated:   **October 30, 2015**                           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE